PER CURIAM.

(No. 74-CC-363—Claimant )

AETNA LETTER SERVICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed March 8, 1974.*

AETNA LETTER SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.

ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.